**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: BARRY J. SCHIFF BK No. 25-10943**

**OBJECTION OF DEBTOR TO MOTION FOR RELIEF FROM STAY FILED BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

Now comes the debtor and objects to the motion of JPMorgan Chase Bank, National Association for relief from the automatic stay.

As grounds, the debtor replies to the movant's memorandum of law as follows:

1. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 and therefore denies the same.
2. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 and therefore denies the same.
3. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 and therefore denies the same.
4. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 and therefore denies the same.
5. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 and therefore denies the same.

6. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies the same.
7. Admit.
8. The Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 and therefore denies the same.
9. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 and therefore denies the same.
10. Defendant admits in part regarding the value in the filed schedules and denies in part regarding the liquidation value.
11. Admit.
12. Admit.
13. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 and therefore denies the same.
14. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore denies the same.
15. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore denies the same.
16. Deny.

## AFFIRMATIVE DEFENSES

1. The Plaintiff fails to state a claim upon which relief may be granted.
2. The Defendant asserts the affirmative defense of lack of standing.

3. Movant has not borne its burden to demonstrate that cause exists to lift the stay pursuant to 11 USC § 362(d)(1).

4. The Movant has not borne its burden to demonstrate that there is a lack of adequate protection to protect its interest in the secured property pursuant to 11 USC § 362(d)(1).

5. The Movant has not borne its burden to demonstrate that there is a lack of equity in the secured property pursuant to 11 USC § 362(d)(1). The property is listed in the schedules as having a value of $445,000.00, a mortgage balance of $88,367.00, and having $356,633.00 in equity.

6. The Movant has not borne its burden to demonstrate that the property is not necessary for an effective reorganization. The secured property is the debtor and his wife's home and he has rights under Chapter 7 to reorganize by seeking Loss Mitigation, or under Chapter 13 to reorganize.

Wherefore, the debtor respectfully requests that the motion for relief from stay be denied.

Debtor
By his Attorneys,

/s/RUSSELL D. RASKIN
BC #1880
RASKIN & BERMAN
116 East Manning Street
Providence, RI 02906
(401) 421-1363

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed the Objection to the Motion for Relief From Stay by JPMorgan Chase Bank, N.A. with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- Sandra Nicholls, ustpregion01.pr.ecf@usdoj.gov
- Stacy B. Ferrara; sferrara@ndgrb.com
- Rebecca Washington, bankruptcyNE@orlans.com

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document electronically filed with the court to the following non CM/ECF participants:

Barry Schiff
68 Mauren St.
Cranston, RI 02910

*/s/Jessica Marsh*