UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

*Form E:  Joint Status Report*
**THREE PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

    Barry Schiff            :          BK No. 25-10943

              Debtor(s)    :          Chapter 7

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## JOINT LOSS MITIGATION STATUS REPORT

Date: 06/09/2025

The Debtor(s) requested loss mitigation as to the first mortgage on the real property located at <u>68 Mauran Street, Cranston, RI 02910</u> on 03/09/2026 with Chase Bank, (the "Creditor").

The hearing on Loss Mitigation was continued to 06/10/2026.

The Creditor did not file its contact information.

The Debtor(s) submitted a loan modification application to the Creditor on 06/08/2026.

If this is a Chapter 7 case, the Debtor(s) have filed the financial management course certificate with the Court on <u>03/12/2026</u>, or if not yet due, will file the certificate with the Court by the due date of _____ ____ .

### *Current Status*

<u>Please complete one:</u>

    The most recent status hearing was held on <u>05/13/2026</u>.

    The parties filed a proposed Consent Order (Form F) on which the Court entered in lieu of holding a status hearing.

<u>Actions Required:</u>

The Court, by post-hearing Order or entry of the parties' proposed Consent Order (Form F), required the following actions to be completed by the parties by the dates noted:

| N/A |
|---|

Did the Debtor(s) comply with all ordered deadlines? yes.  If No, provide a full explanation of why the deadlines were not met.

Did the Creditor comply with all ordered deadlines? N/A. If No, provide a full explanation of why the deadlines were not met

Outstanding Document Request:

The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by   :

N/A

### *Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To*

Please indicate as applicable:

The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on _____; OR

The parties have agreed to a permanent or temporary loan modification. _____

If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:

The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or

_____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.

If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.

### *Consent Order*

The parties have attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.


Debtor(s)                                          Creditor
By counsel:                                        By counsel:


*/s/ Russell D. Raskin*                            */s/ Rebecca Washington*
Russell Raskin, Esq. (#1880)                       Christine Murphy, Esq. (#7928)
Raskin & Berman                                    Orlans Law Group
116 East Manning Street                            204 2nd Avenue, Suite 320
Providence, RI  02906                              Waltham, MA 02451
401-421-1363                                       781-790-7800
mail@raskinberman.com                              rwashington@orlans.com

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report [located under Bankruptcy>Loss Mitigation menu].